# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-00238-TWR |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| STEPHANIE PENA (4), | The Honorable Todd W. Robinson |
| Defendant. | |

Good cause having been shown, pursuant to Federal Rule of Criminal Procedure 48(a), the United States' Motion to Dismiss the charges in the Indictment as to Stephanie Pena only is GRANTED. The Court dismisses the Indictment without prejudice as to Stephanie Pena only.

**SO ORDERED AND ADJUDGED.**

DATED: _____6/24/2025_____

The Honorable Todd W. Robinson
United States District Judge